*Thomas J. Paterson et al. v. Isaiah Bangs et al.* O. HAS-TINGS, for appellants ; J. W. GILBERT, for respondents.

Order appealed from affirmed with costs, to be paid by appellants.

*Ann Strong* v. *John G. Prendergrast et al.* H. BREW-STER, for appellant ; C. P. KIRKLAND, for respondent.

Order of the vice chancellor affirmed with costs, and proceedings to be remitted.

*Christian S. Delavan v. Adam W. Spies et al.* W. SILLI-MAN, for complalnant ; J. W. EDMONDS, for defendants.

Decree appealed from affirmed with costs.

*Frederic Marquand v. Aaron F. Saguez et al.* G. K. Os-BORN & O. L. BARBOUR, for complainant.

Decided in this case that upon a creditor's bill the complainant is entitled to an answer from each defendant as to the separate property of his co-defendant as well as in relation to his own property and effects, and the joint property of all the defendants. *Answer to creditor's bill. What it must state.*

Decree affirmed in thls case, however, upon the ground that neither of the exceptions to the answer of Scott raises the objection that it does not answer as to the individual property of Saguez. Affirmance to be without costs.

*The Farmers Loan & Trust Company v. George Millard et al.* M. T. REYNOLDS, for petitioners ; OTIS ALLEN, for C. Webb.

Application for surplus monies denied, but without costs.